

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-25,282-27 AND WR-25,282-29

### EX PARTE MICHAEL WAYNE BOHANNAN, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 12-10-10953 (1) AND (2) IN THE 435TH DISTRICT COURT
### FROM MONTGOMERY COUNTY

*Per curiam. Yeary, J., filed a dissenting opinion in which Slaughter, J., joined; Walker, J., not participating.*

## O P I N I O N

Applicant has been adjudicated a sexually violent predator. A jury convicted Applicant of violating his civil commitment order and assessed a life sentence. This Court affirmed the conviction. *Bohannan v. State*, 546 S.W.3d 166 (Tex. Crim. App. 2018). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The trial court has entered findings and made recommendations, and this Court has made an independent review of the habeas records, which include Applicant's objections. This Court agrees with the trial court. Habeas relief should be denied on all of Applicant's claims, except for his claim

regarding the assessment of attorney's fees.

Relief is granted as to the attorney-fees claim only. *See Mayer v. State*, 309 S.W.3d 552, 557 (Tex. Crim. App. 2010). The portion of the judgment assessing attorney's fees in cause number 12-10-10953-CR in the 435th District Court of Montgomery County is deleted. All other relief is denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: October 7, 2020
Do not publish